UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

EXEVIOUS DuWAYNE LEE,
Inmate # A80I0MNI005905
(Enter full name of Plaintiff)

vs.

CASE NO: 1:10-cv-187-MP-AK
(To be assigned by Clerk)

Micheal Douglas
and the Alachua County
Jail, Correctional Facility,
Staff Officer Brown,

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Filed 0916'10 USDcFln1AM1121

### I. PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: EXEVIOUS S. LEE
Inmate Number: A8010MNI005905
Prison or Jail: Alachua County
Mailing address: 3333 NE 39th Ave
Gainesville, Florida

### II. DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <b>every</b> Defendant:

(1) Defendant's name: Micheal ~~Mc~~ douglas
    Official position: Inmate
    Employed at:
    Mailing address:

(2) Defendant's name: Officer Brown
    Official position: Correctional officer
    Employed at: 3333 NE 39th / Alachua Jail
    Mailing address: Ave, Gainesville, Florida 32609

(3) Defendant's name:
    Official position:
    Employed at:
    Mailing address:

### ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS

2

NOTE: THE COURT WILL NOT REVIEW THE MERITS OF THE COMPLAINT UNLESS THE FOLLOWING QUESTIONS HAVE BEEN ANSWERED REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES AND ANY PRIOR LAWSUITS THAT HAVE BEEN FILED.

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff must submit copies of all grievances, appeals, and responses with this complaint to verify exhaustion. Failure to demonstrate exhaustion may be grounds for dismissal.

### A. DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?

Yes(X)          No( )

[If your answer is NO, proceed to Question B. If your answer is YES, answer all of the following questions in this subsection.]

**1. Informal Grievance**

a. Did you submit an informal grievance?

Yes(X)          No( )

❖ If so, you must attach a copy of the grievance and response; exhibit ____.

b. If not, why? _____

**2. Formal Grievance**

a. Did you submit a formal grievance?

Yes(X)          No( )

❖ If so, you must attach a copy of the grievance and response; exhibit ____.

b. If not, why? _____

**3. Appeal to the Office of the Secretary**

a. Did you submit an appeal to the Office of the Secretary?

Yes(X)          No( )

❖ If so, you must attach a copy of the appeal and response; exhibit ____.

b. If not, why? _____

3

4. **Disciplinary Actions**

a. Did you have a disciplinary hearing concerning this matter?

   Yes( )          No(X)

   ❖ If so, you must attach a copy of the disciplinary report and disciplinary hearing team's findings and decision to this form; exhibit _____.

b. Did you lose gaintime as a result of the disciplinary hearing?

   Yes( )          No(X)

c. Has the gaintime since been restored?

   Yes( )          No(X)

B. **DOES YOUR COMPLAINT CONCERN EVENTS OCCURRING WITHIN A COUNTY JAIL OR DETENTION CENTER?**

   Yes(X)          No( )

   [If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer the following questions.]

   1. Is there a grievance procedure at your institution or jail?

      Yes(X)          No( )

   [If your answer is NO, proceed to Section IV of the complaint form. If your answer is YES, answer all of the following questions in this subsection.]

   2. Did you submit a grievance concerning the facts relating to your complaint?

      Yes(X)          No( )

   3. If your answer is YES:

      a. What steps did you take? Filed criminal charges/told officers'/medical

      b. What were the results? Still under Investagation.

      ❖ If so, you must attach a copy of the grievance and response; exhibit _____.

   4. If your answer is NO, explain why not: _____

4

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

## IV. PREVIOUS LAWSUITS

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
Yes( )   No(X)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. Name of judge: _____   Case #: _____
3. County and judicial circuit: _____
4. Name of judge: _____
5. Approximate filing date: _____
6. If not still pending, date of dismissal: _____
7. Reason for dismissal: _____
8. Facts and claims of case: _____

**(Attach additional pages as necessary to list state court cases.)**

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )   No(X)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____   Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )         No(X)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____    Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____
   _____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )         No(X)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____    Case Docket # _____
4. Approximate filing date: _____    Dismissal date: _____
5. Reason for dismissal: _____

**(Attach additional pages as necessary to list cases.)**

6

## V. STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On May 14, 2010 about 1:00 pm to 6:45 pm. I was placed into Cell 6 with Micheal douglas. I was told by Mr douglas that the reason I was placed into the room with him was because he knew officer Brown from the streets, and thats his in-law. After asking to be placed into another room because of medical records of having a low-Bunk pass I was denied. Mr Douglas has sexual abused me, and I was taken to the North Florida Medical regional Hospital, and later been attracted with warts. All because of careless of staff. I was in Salatary confindment where there should been no moving unless a major reason. The officer had no reason to move me, which put my life at risk. After asking to be moved I was told no. I have all my legal fact and documents to prove what I'm saying is all true. I feel because Mr. douglas told me that ofc Brown was straight that ofc Brown knew what Mr. douglas was up too. Because shortly after the rape took place we was able to shower, which I was told earlly that I was on Lock down for 24 hours for having an extra med doing safe cleun. I was placed into pertective custody for three months and was placed on medication because of the damage and pain and fear this rap has cause upon my life. I was told about the beginning of August that my case was still under investigation. I am seriously seeking help please help and this is what happen to me on may 14, 2010, at the alachua county Jail. no Change for the move was placed into the computer into about 24 Hours later.

7

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

Why I am in incercardted no one, staff nor Inmate has the right to presure me into engage in any sexual act. I do not have to tolerate sexual assual or to presure to engage in unwanted sexual behavior. I have the right and free will not to engage in sexual act. Nor be placed nor forced to perform any sexual act.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I seek justice on what has happen to me, because the Jail seems not to be concern do to felt it was careless of the staff. And that a civil case be filed for the pain and long suffering this took upon my life. Also for the psychological distress.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

9·13·2010
(Date)

_(Signature of Plaintiff)_

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the __13__ day of __September__, 20__10__.

_(Signature of Plaintiff)_

Revised 07/02

8

Nevious Dwayne Lee
3333 NE 39th Ave
Gainesville, FL 32609

Clerk, U.S. District Court
401 S.E. First Avenue
Room 243
Gainesville, Florida 32601

32601165515