IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EXEVIOUS SWAYNE LEE,

    Plaintiff,

v.                                              CASE NO. 1:10-cv-187-MP-GRJ

MICHAEL DOUGLAS, et al,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

On January 21, 2011, the Court ordered Plaintiff to show cause on or before February 4, 2011, as to why this case should not be dismissed for failure to comply with the Court's order to provide a service copy of the fist amended complaint. That order was returned to the Court as undeliverable. Plaintiff has not provided the Court with a current address, and the Clerk has been unable to obtain a current address for Plaintiff.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to comply with an order of the Court and for failure to prosecute.

**IN CHAMBERS**, at Gainesville, Florida, this 22nd day of April 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.