IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

EXEVIOUS SWAYNE LEE,

    Plaintiff,

v.                              CASE NO. 1:10-cv-00187-MP -GRJ

ALACHUA COUNTY JAIL, BROWN, MICHAEL DOUGLAS,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, which recommends that plaintiff's complaint, Doc. 1, be dismissed for failure to comply with an order of the Court and for failure to prosecute. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

**ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 14, is ADOPTED and incorporated herein.

2. Plaintiff's complaint, Doc. 1, is DISMISSED without prejudice.

**DONE AND ORDERED** this __23rd__ day of May, 2011

                      *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge